IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-CR-107-FL-2
4:13-CV-153-FL

| | |
|---|---|
| RENATO TORRES-EGUINO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This case comes before the court on petitioner's motion (D.E. 93), pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA"), to authorize the use of public funds for interpreter services to assist counsel in communicating with petitioner. Based on the facts and reasons stated in the motion, the court concludes that the interpreter services are "necessary for adequate representation" under 18 U.S.C. § 3006A(e)(1). Accordingly, petitioner's motion is GRANTED. However, amounts to be paid for these services shall be subject to approval by the District Judge and to the statutory maximum of $2,400.00, excluding expenses reasonably incurred, as provided in 18 U.S.C. § 3006A(e)(3).

SO ORDERED, this the 30th day of July 2014.

_____
James E. Gates
United States Magistrate Judge