IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-CR-107-FL-2
4:13-CV-153-FL

| | | |
|---|---|---|
| RENATO TORRES-EGUINO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This case comes before the court on petitioner's motion (D.E. 98) to seal his ex parte motion to continue (D.E. 97) the hearing on his motion (D.E. 67) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. For good cause shown based on the facts and reasons stated in the motion, the motion is GRANTED, and the Clerk is DIRECTED to seal to the proposed sealed ex parte motion (D.E. 97) until such time as unsealed by an order of the court.

SO ORDERED, this the 1st day of August 2014.

James E. Gates
United States Magistrate Judge