IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-107-FL-2
NO. 4:13-CV-153-FL

| | |
|---|---|
| RENATO TORRES-EGUINO, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on petitioner's motion for certificate of appealability (DE 155). In the court's July 26, 2016, order denying petitioner's motion to vacate sentence, this court determined that a certificate of appealability was not warranted. For the reasons stated in the court's July 26, 2016, order, petitioner's motion for certificate of appealability is DENIED.

SO ORDERED, this the 18th day of October, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge